IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

JIMMY FORD                                                                                                   PLAINTIFF

V.                                                                            CIVIL ACTION NO. 3:99CV435HTW

DIVERSIFIED TECHNOLOGY, INC.                                                                DEFENDANT

## SCHEDULING ORDER

The parties have conferred and agree to the following schedule of deadlines. The Court hereby orders as follows:

**Briefing Deadlines**

Counsel for the parties shall serve briefs concerning the pending post-trial motions on April 14, 2008. Counsel for the parties shall serve any rebuttal briefs on April 21, 2008.

**Hearing**

Oral argument of the motions shall be on May 9, 2008 at 8:30 a.m.

These deadlines may not be extended by agreement of the parties but only by permission of the Court upon good cause shown.

SO ORDERED this the 12th day of March, 2008.

s/ HENRY T. WINGATE

CHIEF UNITED STATES DISTRICT COURT JUDGE

**AGREED TO BY:**

_____
John Hedglin
COUNSEL FOR PLAINTIFF

Jeffrey A. Walker
COUNSEL FOR DEFENDANT

Jackson 2771367v.1